NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**In re: MARRIOTT INTERNATIONAL, INC.,**

*Appellant*

_____

2023-1409

_____

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 86301753.

_____

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

                              FOR THE COURT

March 2, 2023
    Date                         /s/ Peter R. Marksteiner
                                 Peter R. Marksteiner
                                 Clerk of Court


**ISSUED AS A MANDATE:** March 2, 2023